No. 98–8399. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8401. WALTER v. PARSONS CONSTRUCTION SERVICES, INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8402. UNDERWOOD v. MERIWETHER COUNTY, GEORGIA, ET AL. Ct. App. Ga. Certiorari denied.

No. 98–8407. SMITH v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. Sup. Ct. Miss. Certiorari denied.

No. 98–8410. BAKER v. WORKERS' COMPENSATION APPEAL BOARD. Sup. Ct. Pa. Certiorari denied.

No. 98–8411. WILLIAMS v. STACKS ET AL.; WILLIAMS v. LOPEZ ET AL.; and WILLIAMS v. MCELVANEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8412. JOHNSON v. GEORGIA DEPARTMENT OF REVENUE ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8421. OSBERRY v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–8425. JACKSON v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8426. LOFTIS v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8429. LAFRANCE v. MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–8430. KEELING, AKA OWENS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–8431. MUELLER v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.